UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| CONSTRUCTION LABORERS TRUST FUNDS FOR SOUTHERN CALIFORNIA ADMINISTRATIVE COMPANY, LLC, a Delaware limited liability company, | CASE NUMBER CV 06-4605 RSWL (JTLx) |
| Plaintiff, | JUDGMENT |
| vs. | |
| TOTAL SERVICE, INC., a California corporation; TOTAL SERVICE UNION, INC., a California corporation, also known as and doing business as TOTAL SERVICE, INC., | |
| Defendants. | |

After consideration of all the arguments presented, **JUDGEMENT IS HEREBY ENTERED FOR PLAINTIFF** in the amount set forth below:

    Delinquent Fringe Benefits:    $79,637.56
    Liquidated Damages:            $18,731.09
    Audit Fees:                       $320.00

-1-

| | | |
|---|---|---|
|1| Interest: | $20,189.00 |
|2| Costs of Suit: | $2,996.44 |
|3| Attorneys Fees: | $5,547.55 |
|4| _____ | |
|5| **TOTAL** | **$127,421.64** |

**IT IS SO ORDERED.**

                                _RONALD S.W. LEW_
                                **HONORABLE RONALD S.W. LEW**
                                U.S. Senior District Judge

DATED: September 2, 2008